# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2011

No. 10-20100
Conference Calendar

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

HECTOR ESPARZA ALVAREZ, also known as Hector Esparza, also known as
Hecleto Perales Esparza, also known as Hector Alvarez Esparza, also known as
Hector Esparza-Alvarez, also known as Alverez Hector Esparza, also known as
Lionel Sauceda, also known as Hector Alverez Esparza,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:09-CR-602-1

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Hector Esparza
Alvarez has moved for leave to withdraw and has filed a brief in accordance with
*Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d
229 (5th Cir. 2011). Esparza Alvarez has filed a response, in which he requests
appointment of counsel, and a supplemental response, which we have

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

considered. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Esparza Alvarez's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, Esparza Alvarez's motion to supplement his response is GRANTED, his motions for appointment of counsel and for judicial notice are DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.